**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 10-1402**

—————————

EDWARD C. MCREADY,

        Plaintiff - Appellant,

     v.

MARTIN O'MALLEY, Honorable, in his official capacity as
Governor of the State of Maryland; UNIVERSITY SYSTEM OF
MARYLAND; WILLIAM E. KIRWAN; UNIVERSITY OF MARYLAND
UNIVERSITY COLLEGE; SUSAN ALDRIDGE; LAWRENCE E. LEAK; GREG
VON LEHMAN; JOHN VOLPE; RHEA REED; RACHEL ZELKIND; SHAWNA
ACKER-BALL; MEGAN FARRELL; THOMAS HOGAN; STATE OF MARYLAND;
ELIZABETH MULHERRIN; ADELAIDE A. LAGNESE,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-
cv-02347-RWT)

—————————

Submitted: September 30, 2010     Decided: October 7, 2010

—————————

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Edward C. McReady, Appellant Pro Se. Thomas Faulk, Assistant
Attorney General, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward C. McReady appeals the district court's orders that denied his motion for reconsideration of its prior order denying McReady leave to file amended complaints; denied his motion to rescind its prior order denying leave to file amended complaints; and denied reconsideration of these rulings.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders McReady seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED